# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22 Mag. 3882**　　　　　　　　　　　Date **March 1, 2023**
USAO No. **2022R00520**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　☐ Removal Proceedings in

United States v. **David Lopez Rodriguez [only as to Rodriguez and not his co-defendants]**

The Complaint/Rule 40 Affidavit was filed on **April 30, 2022**

✓ *U.S. Marshals please withdraw warrant*

_____
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Michael D. Maimin**
(print name if signature handwritten)

**SO ORDERED:**
DATE: **March 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE